



# MEMORANDUM OPINION

No. 04-10-00694-CV

## IN THE INTEREST OF G.C.

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2006PA02372
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  April 6, 2011

DISMISSED FOR WANT OF PROSECUTION

This is an accelerated appeal from the trial court's order terminating appellant's parental rights.  The trial court overruled appellant's affidavit of indigence and determined his appeal was frivolous.  Appellant's brief was originally due on November 29, 2010.  On March 10, 2011, this court ordered appellant, Mr. Robert Garza, pro se, to show cause in writing, no later than March 21, 2011, why this appeal should not be dismissed for want of prosecution.  *See* Tex. R. App. P. 38.8(a).  Mr. Garza did not respond.  The appeal is dismissed for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against Mr. Garza.

PER CURIAM